1  NICHOLAS M. WIECZOREK
   Nevada Bar No. 006170
2  MATTHEW R. CARLYON
3  Nevada Bar No. 12712
   **MORRIS POLICH & PURDY LLP**
4  3800 Howard Hughes Parkway, Suite 500
5  Las Vegas, NV 89169
   Telephone:  (702) 862-8300
6  Facsimile:  (702) 862-8400
   Email:     nwieczorek@mpplaw.com
7             mcarlyon@mpplaw.com
8  *Attorneys for Financial Business and Consumer Solutions, Inc.*

9                    **UNITED STATES DISTRICT COURT**
                            **DISTRICT OF NEVADA**
10

11 | RUSSELL PATTON, | CASE NO.:2:16-cv-02738-JCM-CWH |
12 | Plaintiff, | |
13 | vs. | **STIPULATION TO EXTEND** |
14 | FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. A/K/A FBCS, | **ANSWER TO COMPLAINT** |
15 | | |
16 | Defendants. | |

19
        Plaintiff RUSSELL PATTON (hereinafter "Plaintiff"), by and through its counsel of
20
   record SPARTAN LAW, LLC, and Defendant FINANCIAL BUSINESS AND CONSUMER
21
22 SOLUTIONS, INC. A/K/A FBCS (hereinafter "Defendant"), by and through its counsel of
23 record MORRIS POLICH & PURDY LLP, hereby stipulate as follows:
24
        1. That Defendant shall have up to and including January 20, 2017 in which to file and
25
           serve its answer to Plaintiff's Complaint.
26
        2. This is the first request for said extension and is sought in good faith and not for the
27
           purpose of delay.
28

1     DATED this __9__ day of January 2017.

| MORRIS POLICH & PURDY LLP | SPARTAN LAW, LLC |
|---|---|
| By: _[signature]_<br>NICHOLAS M. WIECZOREK<br>Nevada Bar No. 006170<br>MATTHEW R. CARLYON<br>Nevada Bar No. 12712<br>**MORRIS POLICH & PURDY LLP**<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (702) 862-8300<br>Facsimile: (702) 862-8400<br>Attorney for Defendant | By: /s/ Danny J. Horen<br>DANNY J. HOREN, ESQ.<br>Nevada Bar No. 13153<br>**SPARTAN LAW, LLC**<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: (702) 625-1539<br>Facsimile: (702) 548-4459<br>Attorney for Plaintiff |

IT IS SO ORDERED.

DATED: March 21, 2017

_[signature]_

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE