1  NICHOLAS M. WIECZOREK
2  Nevada Bar No. 006170
   MATTHEW R. CARLYON
3  Nevada Bar No. 12712
   **CLARK HILL PLLC**
4  3800 Howard Hughes Parkway, Suite 500
5  Las Vegas, NV 89169
   Telephone:  (702) 862-8300
6  Facsimile:   (702) 862-8400
   Email:     nwieczorek@Clarkhill.com
7           mcarlyon@Clarkhill.com
8  *Attorneys for FBCS*

9           **UNITED STATES DISTRICT COURT**
10              **DISTRICT OF NEVADA**

11 RUSSELL PATTON,                          **CASE NO.:2:16-cv-02738-JCM-CWH**

12              Plaintiff,

13 vs.

14 FINANCIAL   BUSINESS   AND   CONSUMER    **STIPULATION AND ORDER TO**
   SOLUTIONS, INC. A/K/A FBCS,              **VACATE HEARING ON MOTION**
15                                          **FOR PROTECTIVE ORDER**

16              Defendants.

17

18

19

20      Plaintiff RUSSEL PATTON ("Plaintiff") and Defendant FINANCIAL

21 BUSINESS AND CONSUMER SOLUTIONS, INC. a/k/a FBCS ("Defendant"),

22
   by and through their counsel of record, hereby stipulate as follows:
23

24      1. The Motion for Protective Order ( the "Motion") [Doc #31] is currently

25 scheduled for hearing on December 12, 2017 at 10:00 a.m.

26
        2. This stipulation and order is entered because the Deposition of FBCS's
27
   designated Person most knowledgeable was taken on November 15, 2017 at 10:00
28

a.m.

     3. The Motion for Protective Order set for December 12, 2017 at 10:00 a.m. is therefore moot.

     4. Pursuant to the agreement of the parties, the hearing is hereby vacated.

Date: December 1, 2017

SPARTAN LAW

/s/: Danny Horen
Danny Horen, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
702.625.1539
Email danny@spartanlaw.us
Attorney for Plaintiff

CLARK HILL

/s/: Matthew R. Carlyon
Matthew R. Carlyon, Esq.
3800 Howard Hughes Pkwy
Ste. 500
Las Vegas, NV 89169
Email: MCarlyon@mpplaw.com
Attorneys for FBCS

#31 motion for protective order
is DENIED as moot.
IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: 12/4/17 _____

## CERTIFICATE OF SERVICE

I certify that I am an employee of Morris Polich & Purdy LLP, and that on this 1st day of December, 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO VACATE HEARING ON MOTION FOR PROTECTIVE ORDER** as follows:

☐  by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒  via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

**SPARTAN LAW, LLC**
**DANNY J. HOREN**
7854 W. SAHARA AVENUE
LAS VEGAS, NV 89117
*Attorney for Plaintiff*

_____
An Employee of Clark Hill PLLC